## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ELIZABETH CAPARELLI-RUFF,<br>      Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF EAST AURORA SCHOOL DISTRICT 131, et al.<br><br>      Defendants. | Case No. 22-cv-05567<br><br>Honorable Sunil R. Harjani |

### STIPULATION TO DISMISS CAUSE OF ACTION WITH PREJUDICE

All matters in dispute between Elizabeth Caparelli-Ruff and Defendant Board of Education of East Aurora School District 131 having been satisfactorily resolved, compromised and settled, with no admission of fault or liability:

1. It is stipulated and agreed between the above-referenced parties, by their respective attorneys, that the above-captioned cause of action shall be dismissed with prejudice without cost to any party, all costs having been satisfied.

2. It is further stipulated and agreed that an order pursuant to the foregoing stipulation may be entered of record without further notice to any party upon the presentation of this Stipulation.

3. It is further stipulated and agreed that said dismissal order shall serve as a bar to the bringing of any claim or action against the Defendant or any person or entity released by agreement, based on or including the claims in the above-captioned cause of action, or any claims that could have been asserted.

Wherefore, the above-referenced parties request the Court to enter an order dismissing with prejudice the above-captioned cause of action.

/s/ Paul J. Richards
Paul J. Richards, Attorney for Plaintiff
KGG LLC
111 N. Ottawa Street
Joliet, IL 60432

prichards@kggllc.com
(815) 727-4511

/s/ Paulette A. Petretti
Paulette A. Petretti, Attorney for Defendant
Bd. of Educ. of East Aurora S.D. 131
Himes, Petrarca & Fester, Chtd.
180 N. Stetson, Suite 3100
Chicago, IL 60601
ppetretti@edlawyer.com
(312) 320-8562